| | | | |
|---|---|---|---|
| | AUSA: Christopher Rawsthorne | Telephone: | (313) 226-9100 |
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: Matthew Hughes | Telephone: | (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.

David Owen RAGER, Jr.

Case No.  Case: 2:22-mj-30348
Judge: Unassigned,
Filed: 08-19-2022 At 11:22 AM
USA v. DAVID OWEN RAGER JR. (CMP)
(MLW)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 2022 - to present__ in the county of __Wayne and elsewhere__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 2252A(a)(5)(B) | Access with intent to view of child pornography |

This criminal complaint is based on these facts:
see attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Matthew Hughes, Special Agent (FBI)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __August 19, 2022__

_____
*Judge's signature*

City and state: __Detroit, Michigan__

Hon. Anthony P. Patti, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF APPLICATION FOR COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation, being duly sworn, depose and state as follows:

## I. INTRODUCTION

1. I have been employed as a Special Agent of the FBI since October 2019 and am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to Internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including 18 U.S.C. §§ 2252A. I am authorized by law to request a arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **David Owen Rager Junior** (date of birth

1

\*\*/\*\*/1988) for violations of: 18 U.S.C. § 2252A(a)(5)(B) (access with intent to view child pornography).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training and background as a Special Agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that **Rager** has violated Title 18 U.S.C. § 2252A(a)(5)(B).

5. On August 18, 2022, I was contacted by Task Force Officers (TFO) and Agents working out of the FBI's Sacramento Field Office regarding a child pornography investigation. A Special Agent from that office provided me with the following information.

6. In December 2021, FBI agents determined that an individual in Sacramento (Individual A) produced and distributed images and videos of his young daughter to multiple individuals and discussed his abuse of children with multiple individuals. One individual that he discussed the sexual abuse of children with was

2

later identified as David Owen Rager, Jr., date of birth xx/xx/1988, a 33 year old male who resides in Livonia, Michigan.

7.      According to a follow-up investigation, to include a forensic review of Individual A's phone, a chat was identified between Individual A and an individual later determined to be Rager on an internet forum-style website called Reddit.

8.      In October 2020, the Reddit username TheGatewayDrug2 (later determined to be Rager), began conversing with Individual A, using the name Budlee1992. They began chatting after Individual A saw TheGatewayDrug2 in an area of Reddit devoted to sexual abuse of minors with a close relationship to the individual. They discussed their desire to sexually assault these minors and TheGatewayDrug2 claimed to already being engaged in sexually assault of these minors. Further investigation determined that Rager had minors close to him with the exact ages that TheGatewayDrug2 claimed to have access to. Portions of the following chat are below, with some portions redacted:

> Budlee1992: Ya for now it's just fantasies for us. Down to share some fantasies together?
>
> TheGatewayDrug2: Fantasy for now But when I can fit. Training begins.
>
> Budlee1992: Nice training how I'd love to hear how. You have Kik we could talk there maybe trade some pictures.
>
> TheGatewayDrug2: No kik. I got Skype

3

Budlee1992:  Damn I don't have that. Have you ever *****

TheGatewayDrug2: I have. Couldn't be any sweeter.

Budlee1992: I'd love to watch you ******. I'd be down to let you watch me *****'s pussy. ******

*********

Budlee 1992: Wanna trade videos

9. TheGatewayDrug2: Ya. I'll let you know when I'm safe.IP Address and other information linked Rager to the above-referenced Reddit account and to an address in Livonia, Michigan, and I obtained a search warrant on August 18, 2022 for the residence and person of **Rager**. The search warrant was executed on August 18, 2022 at approximately 9:00pm.

10. During the search warrant **Rager** was interviewed and admitted during the recorded interview that he accessed various chat sites, to include Tor, and had sexually explicit conversations describing the sexual abuse of underage children, to include minor females close and known to him. **Rager** recalled having the Reddit conversation described above. Additionally, **Rager** admitted to using the gmail account associated with the Reddit account described above. Rager denied in engaging sexual abuse of any minors, including those that he previously bragged about sexually assaulting on Reddit.

4

11. During the recorded interview **Rager** admitted to accessing Tor for at least the past six months, one to two times per week with the intent of seeking out chats with other users that included image and video depictions of child sexual abuse materials. Rager admitted to masturbating while viewing the images and videos.

12. A custom desktop computer recovered from the residence had at least ten video files of child sexually abusive material. Two of the video files were hash-matched to known child sexual abuse material. Eight of the files were word matched to keywords associated with child sexual abuse material. FBI agents reviewed three of the files.

13. The three videos that were manually reviewed are described below:

   a. File titled Marina…avi, was has matched as known child sexual abuse material. The video was approximately two minutes and six seconds long and displayed a prepubescent minor female, approximately aged eight to twelve years old, who was naked inserting a red pencil into her vagina.

   b. File titled stketara…mp4 was approximately 30 seconds long and displayed a prepubescent minor female, approximately aged two to four years old, lying down on a bed with a black dress pulled up to expose her buttocks and vagina. A man is seen to insert what appears to be a paintbrush into her anus.

5

    c. File titled stketera…mp4 was approximately 12 minutes and 21 seconds long and starts by stating the minor females name and her age as eight years old followed by "Ass to Mouth" and "…her daddy really treats her like a fucking whore!". The video then displays a man have a prepubescent minor female wearing only a colored mask with feathers provide him oral sex, and then he penetrates her in the anus while she lies on a bed. After repeating this multiple times, the man then inserts what appears to be a dildo into the minor female's anus. He then has her display her anus to the camera and masturbates until he ejaculates into her mouth.

14. During the recorded interview, **Rager** admitted to being the only person who used the desktop described above. Additionally, during a recorded interview **Rager's** wife provided that she did not use the desktop described above.

## II. CONCLUSION

15. Based on the foregoing, there is probable cause to believe **David Owen Rager Junior** has violated: 2252A(a)(5)(B) (access with intent to view child pornography).

Respectfully submitted,

Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date: August 19, 2022